Commonwealth *v.* Gregg, Appellant.

Argued September 10, 1973. *Patrick Mandrac-*

718

*chia*, Assistant Defender, with him *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *David Richman*, Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.